JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS LANGER, | ) | Case No. CV 19-1626 FMO (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| OCK SIL KIM, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff Chris Langer and against defendants Ock Sil Kim and Ignacio Garcia.

2. Defendants Ock Sil Kim and Ignacio Garcia shall, jointly and severally, pay plaintiff the total amount of six-thousand, three-hundred and sixty-one dollars ($6,361.00).

3. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 14th day of January, 2020.

/s/
Fernando M. Olguin
United States District Judge